JADWIGA DABROWSKI, as Surviving Spouse to JOZEF DABROWSKI, Deceased, Appellant, v METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Submitted April 7, 2014; decided June 26, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601). Motion for leave to appeal denied.

Chief Judge LIPPMAN taking no part.

In the Matter of EVAN E., a Child Alleged to be Neglected. ULSTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SUSAN F., Respondent. ULSTER COUNTY COURT APPOINTED SPECIAL ADVOCATES, Nonparty Appellant. (And Three Other Related Proceedings.)

Submitted May 5, 2014; decided June 26, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.